Olga Zurawska
P.O. Box 1824
Santa Monica, CA 90406
Creditor



UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| In RE: Nancy Magaly Ruano, | Case No.: 2:14-bk-14950-RN |
|---|---|
| Debtor | |
| | Chapter 7. |
| | REQUEST FOR EXTENSION TO FILE ADVERSARY PROCEEDING |

I, Olga Zurawska, am a creditor in the above case and I hereby request that the deadline for my filing of an adversary proceeding be extended by thirty days to avoid prejudice.

I declare under penalty of perjury that I have been suffering from a severe health condition which prevented me from being able to file an adversary proceeding or select and retain an attorney to file one on my behalf.

I hereby request that the court grant a thirty-day extension to file an adversary proceeding in this case.

Dated this 20 of June, 2014.

_____
OLGA ZURAWSKA, CREDITOR