

**FILED & ENTERED**

**NOV 14 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** tatum    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Nancy Magaly Ruano<br><br><br><br>Debtor(s). | Case No.: 2:14-bk-14950-RN<br><br>CHAPTER 7<br><br>**ORDER DENYING REQUEST FOR EXTENSION OF TIME TO FILE ADVERSARY PROCEEDING**<br><br>[No Hearing Required] |

The Movant Olga Zurawska's Request for Extension to File Adversary Proceeding ("Request") in the above-referenced bankruptcy case came before this Court on an ex parte basis without a hearing. The Court, having reviewed Movant's Request and finding that Movant failed to identify the type of adversary proceeding she intends to file and providing no reason that would merit extending the deadline to file an adversary proceeding in this case, the Request is denied.

###

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  Date: November 14, 2014
26
27
28

Richard M. Neiter
United States Bankruptcy Judge